IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:   13-cv-02584-REB-BNB | Date: January 17, 2014 |
| Courtroom Deputy:   Cathy Pearson | FTR: BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| OCD TELLURIDE LLC, | *Corey T. Zurbuch* |
| **Plaintiff,** | |
| v. | |
| BLANEY MCMURTRY LLP, | *Daniel D. Williams* |
| **Defendant.** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in session: 10:27 a.m.

Appearances of counsel.

Argument given on Defendant's Motion to Stay Discovery (Doc. 10, filed 11/21/13).

The Court makes findings.

**ORDERED:**  For reasons stated on the record, Argument given on Defendant's Motion to Stay Discovery (Doc. 10, filed 11/21/13) is GRANTED as specified on the record.

The Court will also issue a separate written recommendation to Judge Blackburn that this case be administratively closed.

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

Discussion held regarding the Scheduling Conference set for February 13, 2014, and Plaintiff refiling the Response to Defendant's Motion to Dismiss in accordance with Judge Blackburn's practice standards.

**ORDERED:**   The Scheduling Conference set for February 13, 2014, is VACATED.

Court in Recess:  11:00 a.m.            Hearing concluded.            Total time in Court:    00:33

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119