**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02584-REB-BNB

OCD TELLURIDE, LLC, a Colorado limited liability company,

    Plaintiff,

v.

BLANEY McMURTRY, LLP, an Ontario limited liability partnership,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the **Recommendation of United States Magistrate Judge and Order** [#19][1] filed January 17, 2014. I approve and adopt the recommendation.

    No objections to the recommendation were filed. Thus, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no error, much less plain error, in the recommendation of the magistrate judge, I find and conclude that the recommendation should be approved and adopted as an order of this court.

    The magistrate judge recommends that this case be closed administratively pending resolution of the appeal pending in another case, ***CGC Holding Co. v.***

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

*Meisels*, by the United States Court of Appeals for the Tenth Circuit.  The opinion of the Tenth Circuit in that case will define one or more points of law directly applicable to this case.  Following resolution of the *CGC Holding Co.* case, one or both of the parties to this case may move to reopen this case, if appropriate.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the recommendation stated in the **Recommendation of United States Magistrate Judge and Order** [#19] filed January 17, 2014, is **APPROVED** and **ADOPTED** as an order of this court;

2. That under D.C.COLO.LCivR 41.2, this action is **CLOSED ADMINISTRATIVELY**, subject to reopening for good cause;

3.  That under D.C.COLO.LCivR 41.2, the clerk is **DIRECTED** to close this civil action administratively; and

4.  That under D.C.COLO.LCivR 41.2, any motions pending in this case, including the motion to dismiss [#16], are **TERMINATED** without prejudice as a result of the administrative closure of this case.

Dated February 3, 2014, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge