**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02584-REB-BNB

OCD TELLURIDE LLC, a Colorado limited liability company,

    Plaintiff,

v.

BLANEY McMURTRY LLP, an Ontario limited liability partnership,

    Defendant.

## ORDER LIFTING ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    This matter is before me on the **Plaintiff's Unopposed Motion To Reopen Case** [#26][1] filed January 7, 2015. I grant the motion.

    This case was closed administratively pending resolution by the United States Court of Appeals for the Tenth Circuit of the appeal pending in a related case, ***CGC Holding Co. v. Meisels***. The Tenth Circuit has resolved that appeal, and the parties seek to re-open the above-captioned case. These circumstances constitute good cause to reopen this case.

    Under D.C.COLO.LCivR 41.2, administrative closure of a case terminates all pending motions. Re-opening of the case does not reinstate such motions. In the present motion, the parties seek reinstatement of the **Defendant's Motion To Dismiss Plaintiff's RICO Conspiracy Claim** [#16] and the **Amended Plaintiff's Response To**

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**Defendant's Motion To Dismiss** [#21]. The motion and response are reinstated on the docket.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Plaintiff's Unopposed Motion To Reopen Case** [#26] filed January 7, 2015, is granted;

    2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action;

    3. That the **Defendant's Motion To Dismiss Plaintiff's RICO Conspiracy Claim** [#16] shall be reinstated on the docket as a pending motion with a filing date of April 8, 2015;

    4. That the **Amended Plaintiff's Response To Defendant's Motion To Dismiss** [#21] shall be reinstated on the docket with a filing date of April 8, 2015;

    5. That by April 29, 2015, the defendant may file a reply in support of its motion [#16] to dismiss;

    6. That the stay of discovery which was in place when this case was closed administratively shall remain in place pending assessment by the magistrate judge of the continued need for a stay of discovery; and

    7. That the order of reference [#4] to the magistrate judge shall remain in full force and effect.

    Dated April 8, 2015, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  */s/ Robert E. Blackburn*
                                                  Robert E. Blackburn
                                                  United States District Judge